UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

DELTA SIGMA THETA SORORITY,
INC.,

      Plaintiff,

v.                                                                              Case No: 2:14-cv-147-FtM-38CM

LETISHA D. BIVINS, ALPHONSO
D. GOINS, and FRATHOUSE
CLOTHING, LLC,

      Defendants.

### ORDER

Before the Court are Plaintiff's Motions *Instanter* for Temporary Admission of attorneys Devarieste Curry and Sharmain L. White (Docs. 70, 71, "Motions *Instanter*") filed on April 8, 2014. Also before the Court is Plaintiff's Motion for Special Admission and Written Designation of Consent to Act (Doc. 72) filed on April 8, 2014. Upon consideration of the Motions, the Court finds that attorneys Devarieste Curry and Sharmain L. White meet the requirements of Middle District of Florida Local Rule 2.02(a) for special admission and may appear *pro hac vice* on behalf of Plaintiff Delta Sigma Theta Sorority, Inc. ("Delta Sigma"). Because the Court has granted special admission to practice pursuant to Local Rule 2.02(a), the Motions *Instanter* for temporary practice are denied as moot.[1]

---

[1] Temporary admission to practice may be granted in extraordinary circumstances and expires upon determination of the application for special admission. M.D. Fla. Rule 2.02(d).

ACCORDINGLY, it is hereby

**ORDERED:**

1. Plaintiff's Motion for Special Admission and Written Designation of Consent to Act (Doc. 72) is **GRANTED**.

2. Devarieste Curry and Sharmain L. White are hereby admitted to appear *pro hac vice* on behalf of Plaintiff Delta Sigma. Ms. Curry and Ms. White are affiliated with the law firm of McLeod Watkinson & Miller, One Massachusetts Avenue, NW, Suite 800, Washington, DC 20001. Ms. Curry represents that she is a member in good standing of the Bar of the United States District Court for the District of Columbia, District of Maryland, and Eastern District of Maryland. Doc. 72. Ms. White represents that she is a member in good standing of the Bar of the Southern District of New York. *Id.*

3. Counsel is reminded that the Middle District of Florida utilizes a case management electronic filing system ("CM/ECF"). As such, within **ten (10)** days of the date of this Order, counsel shall register to participate and docket in CM/ECF or show cause in writing within that time frame why counsel is unable to participate. Failure to register may cause the Court to revoke its permission to appear specially without further notice. If counsel has not already done so, within **fourteen (14) days** from the date of this Order, counsel shall pay the $10.00 filing fee along with the application for special admission to practice.[2]

---

[2] Counsel shall visit the Court's website located at www.flmd.uscourts.gov and click on the "CM/ECF" tab for more information. The Court has an expectation that counsel will participate in the CM/ECF training tutorials provided on the website prior to using the

4. Counsel is further reminded that, pursuant to the local rules of this district, any attorney appearing in this Court pursuant to Middle District of Florida Local Rule 2.02(a) "shall be deemed to be familiar with, and shall be governed by, these [local] rules in general, including Rule 2.04 hereof in particular; and shall also be deemed to be familiar with and governed by the Code of Professional Responsibility and other ethical limitations or requirements then governing the professional behavior of members of The Florida Bar."  M.D. Fla. Rule 2.02(c).

5. Ms. Curry and Ms. White represent that attorney Stefanie C. Moon, a member of the bar of this Court and a member of the law firm S.C. Moon Law, has been designated and consents to act as local counsel in this matter and shall accept service of all notices and papers on behalf of Plaintiff Delta Sigma pertaining to this cause of action.

6. Plaintiff's Motion *Instanter* for Temporary Admission (Doc. 70) is **DENIED as moot**.

7. Plaintiff's Motion *Instanter* for Temporary Admission (Doc. 71) is **DENIED as moot**.

**DONE** and **ORDERED** in Fort Myers, Florida on this 9th day of April, 2014.

CAROL MIRANDO
United States Magistrate Judge

Copies:
Counsel of record

---

system.