UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

DELTA SIGMA THETA SORORITY,
INC.,

    Plaintiff,

v.                                                Case No.: 2:14-cv-147-FtM-38CM

LETISHA D. BIVINS, ALPHONSO D.
GOINS, FRATHOUSE CLOTHING,
LLC,

    Defendants.
_____/

## **ORDER**[1]

This matter is before the Court on Plaintiff Delta Sigma Theta Sorority, Inc. and Defendants Letisha D. Bivins, Alphonso F. Goins, and FratHouse Clothing, Inc.'s request for a settlement conference with a United States Magistrate Judge. The Court held an Order to Show Cause Hearing on March 24, 2015, during which time the parties expressed that a settlement conference with the Magistrate Judge would be beneficial in resolving this case. Upon consideration, the Court grants the parties' request.

Accordingly, it is now

**ORDERED:**

---

[1] Disclaimer: Documents filed in CM/ECF may contain hyperlinks to other documents or Web sites. These hyperlinks are provided only for users' convenience. Users are cautioned that hyperlinked documents in CM/ECF are subject to PACER fees. By allowing hyperlinks to other Web sites, this Court does not endorse, recommend, approve, or guarantee any third parties or the services or products they provide on their Web sites. Likewise, the Court has no agreements with any of these third parties or their Web sites. The Court accepts no responsibility for the availability or functionality of any hyperlink. Thus, the fact that a hyperlink ceases to work or directs the user to some other site does not affect the opinion of the Court.

(1) Plaintiff Delta Sigma Theta Sorority, Inc. and Defendants Letisha D. Bivins, Alphonso F. Goins, and FratHouse Clothing, Inc.'s joint request for a settlement conference with a United States Magistrate Judge is **GRANTED**.

(2) This case is **REFERRED** to the Honorable Douglas N. Frazier to conduct a settlement conference and issue any order deemed appropriate thereafter.

(3) The parties are **DIRECTED** to contact Judge Frazier's Courtroom Deputy, Bette-Jo Herren at (239) 461-2007 to arrange for a mutually agreeable time to participate in the settlement conference.

**DONE** and **ORDERED** in Fort Myers, Florida this 24th day of March, 2015.

SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

Copies: Honorable Douglas N. Frazier
All Parties of Record