UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

DELTA SIGMA THETA SORORITY,
INC.,

      Plaintiff,

v.                                      Case No:   2:14-cv-147-FtM-38CM

LETISHA D. BIVINS, ALPHONSO D.
GOINS and FRATHOUSE
CLOTHING, LLC,

      Defendants.
_____/

### ORDER[1]

This matter comes before the Court on the parties' Joint Status Report and Motion to Stay Proceedings During Settlement Discussions (Doc. #160) filed on June 2, 2015. The Court previously stayed this case to facilitate the parties' settlement discussions. (Doc. #159).  Although the parties have made headway in negotiating a settlement agreement, they need additional time to resolve a few remaining issues.  (Doc. #160). The parties, therefore, request that the Court continue the jurisdiction of United States Magistrate Judge Douglas N. Frazier and stay all proceedings and deadlines in this case through June 17, 2015, while they continue settlement discussions. (Doc. #160).  Based on the parties' representations and their diligent efforts to resolve this case amicably to date, the Court will grant their motion.

---

[1] Disclaimer: Documents filed in CM/ECF may contain hyperlinks to other documents or Web sites.  These hyperlinks are provided only for users' convenience.  Users are cautioned that hyperlinked documents in CM/ECF are subject to PACER fees.  By allowing hyperlinks to other Web sites, this Court does not endorse, recommend, approve, or guarantee any third parties or the services or products they provide on their Web sites.  Likewise, the Court has no agreements with any of these third parties or their Web sites. The Court accepts no responsibility for the availability or functionality of any hyperlink.  Thus, the fact that a hyperlink ceases to work or directs the user to some other site does not affect the opinion of the Court.

Accordingly, it is now

**ORDERED:**

(1) The parties' Joint Status Report and Motion to Stay Proceedings During Settlement Discussions ([Doc. #160](Doc. #160)) is **GRANTED**. All proceedings and deadlines in this matter are **STAYED** up to and including **June 17, 2015**, while the parties continue settlement discussions.

(2) The parties must file a joint status report, in writing, on or before **June 19, 2015**, that informs the Court of the status of settlement in this case.

(3) If the parties cannot reach a settlement by June 17, 2015, then they must file a revised Case Management Report and select a mediator on or before **June 23, 2015**, and Plaintiff Delta Sigma Theta Sorority, Inc. must file its answer to Defendant FratHouse Clothing, Inc.'s counterclaims on or before **July 8, 2015**.

**DONE** and **ORDERED** in Fort Myers, Florida this 3rd day of June, 2015.

SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

Copies: All Parties of Record