UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

DELTA SIGMA THETA SORORITY, INC.,

    Plaintiff,

v.                                              Case No: 2:14-cv-147-FtM-38CM

LETISHA D. BIVINS, ALPHONSO D. GOINS and FRATHOUSE CLOTHING, LLC,

    Defendants.
_____/

## ORDER

This matter comes before the Court on the Notice by Delta Sigma Theta Sorority, Inc. of Consent and Referral of a Civil Action to a Magistrate Judge (Doc. #164) filed on June 15, 2015. By mutual request, this case will proceed before a United States Magistrate Judge. This clerk is directed to assign this case to the Honorable Douglas N. Frazier, United States Magistrate Judge due to his familiarity with the matters, and his extensive dealings with the parties in an effort to facility settlement negotiations. United States Magistrate Judge Carol Mirando, the judge currently assigned to the case, has consented to the transfer.

**DONE** and **ORDERED** in Fort Myers, Florida this 15th day of June, 2015.

SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

Copies: All Parties of Record